AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>CAMERON CURRY,<br>a/k/a "Loot,"<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CAMERON CURRY**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 875(d) (Interstate Communications with Intent to Extort)

Date: January 24, 2024

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/24/2024, and the person was arrested on *(date)* 01/24/2024
at *(city and state)* Charlotte, NC.

Date: 01/25/2024

*Arresting officer's signature*

MUSTAFA KUTLU, SPECIAL AGENT, FBI
713-248-7155
*Printed name and title*